UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| James W. Cushman,<br><br>                    Plaintiff<br><br>v.<br><br>Joseph Lombardo, et al.,<br><br>                    Defendants | Case No. 2:24-cv-01983-CDS-NJK<br><br>**Order Directing Parties to File a Dismissal or the Defendants to File a Status Report** |

In December, interested party, the Nevada Department of Corrections, filed a notice indicating that the parties reached a settlement and requesting 45 days to file a dismissal. Notice, ECF No. 17. In turn, I ordered the parties to file a stipulation of dismissal or joint status report addressing settlement by January 21, 2026. Min. order, ECF No. 18. That deadline passed without the parties filing a stipulation, a joint status report, or otherwise responding.

It is therefore ordered that a stipulation of dismissal, or a status report from the defendants addressing settlement, must be filed by February 4, 2026.

Dated:  January 28, 2026

_____
Cristina D. Silva
United States District Judge