AARON D. FORD
  Attorney General
VICTORIA C. COREY, Bar No. 16364
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way., Ste. 100
Las Vegas, Nevada 89119
(702) 486-0849 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES W. CUSHMAN,<br><br>        Plaintiff,<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br>        Defendants. | Case 2:24-cv-01983-CDS-NJK<br><br>**STIPULATION            FOR<br>DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, James W. Cushman, and Interested Party, Nevada Department of Corrections (NDOC). by and through counsel, Aaron D. Ford, Nevada Attorney General, and Victoria C. Corey, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//

//

//

//

//

DATED this ___th of December 2025.     DATED this 1st of December, 2025.

/s/_____.
James W. Cushman, #1034738

Plaintiff Pro se

**ATTORNEY GENERAL'S OFFICE**

/s/ Vicoria C. Corey, Esq.
VICTORIA C. COREY, Bar No. 16364
Senior Deputy Attorney General
*Attorneys for Interested Party*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2026